BlumbergExcelsior, Publisher, NYC 10013



3092 Clerk's Notice, W(4-96)

# United States Bankruptcy Court
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155.00 filing fee plus $30.00 administrative fee plus $15.00 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law, Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual withRegular Income ($155.00 filing fee plus $30.00 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800.00 filing fee plus $30.00 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

| | **Harvinder Singh** | |
|---|---|---|
| Date | Signature of Debtor | Case Number |

(Official Form B1, P1, 9-01)          Blumberg Excelsior, Publisher, NYC 10013

| UNITED STATES BANKRUPTCY COURT | Eastern DISTRICT OF New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): <br> Harvinder Singh | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years <br> (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years <br> (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): <br> XXX-XX-9366 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): <br> 106 - 17 JAMIACA AVENUE, APT # 3R <br> RICHMOND HILL, NY 11418 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the <br> Principal Place of Business: <br> QUEENS | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor <br> (If different from addresses listed above) | |

## Information Regarding the Debtor  (Check the Applicable Boxes)

Venue: (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all applicable box) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)      ☐ Railroad <br> ☐ Corporation      ☐ Stockbroker <br> ☐ Partnership      ☐ Commodity Broker <br> ☐ Other | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13 <br> ☐ Chapter 9      ☐ Chapter 12 <br> ☐ Sec. 304-Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-business      ☐ Business | ☑ Filing fee attached. <br> ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3. |

**Chapter 11, Small Business**  (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

| Statistical/Administrative Information (Estimates Only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

BlumbergExcelsior, Publisher, NYC 10013

**Official Form B1 P2, 9-01**

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Harvinder Singh |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x     Harvinder Singh
   Signature of Debtor

x _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)
   Date:

### Signature of Attorney

x     s/ NareshM. Gehi /5919
   Signature of Attorney for Debtor(s)
   NARESH M. GEHI
   Printed Name of Attorney for Debtor(s)
   LAW OFFICES OF N.M. GEHI
   Firm Name
   118-21 QUEENS BOULEVARD, SUITE 501
   Address
   FOREST HILLS, NY 11375

   718-263-5999
   Telephone Number
   Date:

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

x     s/ NareshM. Gehi /5919
   Signature of Attorney for Debtor(s)      Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x _____
   Signature of Authorized Individual

   _____
   Print or Type Name of Authorized Individual

   _____
   Title of Authorized Individual by Debtor to File this Petition
   Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

   _____
   Printed Name of Bankruptcy Petition Preparer

   _____
   Social Security Number

   _____
   Address

   _____

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

x _____
   Signature of Bankruptcy Petition Preparer
   Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. § 110; 18 U.S.C. §156.

Blumberg Excelsior, Publisher, NYC 10013

Official Form B1, Exhibit C, 9-01

**UNITED STATES BANKRUPTCY COURT**          Eastern **DISTRICT OF** New York

In re: Harvinder Singh                    Debtor(s)          Case No.          (If known)

*EXHIBIT "C." If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.*

**EXHIBIT "C" to Voluntary Petition**

1. Identify and briefly describe all real or personal property owned or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    NONE

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):



BlumbergExcelsior, Publisher, NYC 10013

**Form B6 SUM W (11-95)**

# UNITED STATES BANKRUPTCY COURT    Eastern **DISTRICT OF** New York

In re: Harvinder Singh

Debtor(s)    Case No.                    (if known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:   Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which  is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A -  Real Property | X | 1 | 0.00 | | |
| B -  Personal Property | X | 3 | 631.76 | | |
| C -  Property Claimed as Exempt | X | 2 | | | |
| D -  Creditors Holding Secured Claims | X | 1 | | 0.00 | |
| E -  Creditors Holding Unsecured Priority Claims | X | 1 | | 0.00 | |
| F -  Creditors Holding Unsecured Nonpriority Claims | X | 6 | | 455,935.00 | |
| G -  Executory Contracts and Unexpired Leases | X | 1 | | | |
| H -  Codebtors | X | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | X | 1 | | | 1,600.00 |
| J -  Current Expenditures of Individual Debtor(s) | X | 1 | | | 1,312.00 |
| Total Number of Sheets of All Schedules | | 18 | | | |
| Total Assets | | | 631.76 | | |
| Total Liabilities | | | | 455,935.00 | |



BlumbergExcelsior, Publisher, NYC  10013

**Form B6 A W (12-95)**

In re:  Harvinder Singh                                    Debtor(s)    Case No.                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total -> | 0.00 | (Report also on Summary of Schedules) |



**Blumberg**Excelsior, Publisher, NYC 10013

**Form B6 B W (11-95)**

In re:  Harvinder Singh                                                    Debtor(s)   Case No.                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1   Cash on hand | | CASH ON HAND | | 30.00 |
| | | CHASE MANHATTAN BANK SAVINGS ACCOUNT NO. 103-468831 | | 48.25 |
| 2   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHASE MANHATTAN CHECKING ACCOUNT NO. 123-1095363 | | 28.51 |
| 3   Security Deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4   Household goods and furnishings including audio, video, and computer equipment. | | HOUSEHOLD GOODS | | 400.00 |
| 5   Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)        Total ->    $

_____ X _____  continuation sheets attached



**Form B6 B W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re:  Harvinder Singh                                      Debtor(s)   Case No.                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6    Wearing apparel. | | WEARING APPAREL | | 100.00 |
| 7    Furs and jewelry. | | CITIZEN WATCH | | 25.00 |
| 8    Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9    Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10   Annuities. Itemize and name each issuer. | X | | | |
| 11   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12   Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13   Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14   Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15   Accounts receivable. | X | | | |
| 16   Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)          Total ->      $

_____X_____   continuation sheets attached



**Form B6 B W (11-95)**

Blumberg Excelsior, Publisher, NYC  10013

In re:  Harvinder Singh                                   Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19  Contingent and non-contingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21  Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22  Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24  Boats, motors, and accessories. | X | | | |
| 25  Aircraft and accessories. | X | | | |
| 26  Office equipment, furnishings, and supplies. | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28  Inventory. | X | | | |
| 29  Animals. | X | | | |
| 30  Crops-growing or harvested. Give particulars. | X | | | |
| 31  Farming equipment and implements. | X | | | |
| 32  Farm supplies, chemicals and feed. | X | | | |
| 33  Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total ->   $          631.76

_____  continuation sheets attached



**Form B6 C W (11-95)**

Blumberg Excelsior, Publisher, NYC 10013

In re: Harvinder Singh               Debtor(s)   Case No.           (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CASH ON HAND | | 30.00 | 30.00 |
| CHASE MANHATTAN CHECKING ACCOUNT NO. 123-1095363 | | 28.51 | 28.51 |
| CHASE MANHATTAN BANK SAVINGS ACCOUNT NO. 103-468831 | | 48.25 | 48.25 |
| HOUSEHOLD GOODS | | 400.00 | 400.00 |



**Form B6 C W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re:  Harvinder Singh                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| WEARING APPAREL | | 100.00 | 100.00 |
| CITIZEN WATCH | | 25.00 | 25.00 |



BlumbergExcelsior, Publisher, NYC 10013

**Form B6 D W (11-95)**

In re:  Harvinder Singh                                            Debtor(s)    Case No.                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

|  | |
|---|---|
| Subtotal -> (Total of this page) | 0.00 |
| Total -> | 0.00 |

_____Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)



**Form B6 E W (Rev 4/98)**

BlumbergExcelsior, Publisher, NYC  10013

In re:   Harvinder Singh

Debtor(s)    Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but    before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extentprovided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days imme   diately preceding the filing of the original petition, or the cessation of business, whichev er occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs  duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC,   Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | 0.00 | | |
| ___ X ___ Continuation Sheets attached. | | | Total -> (use only on last page of the completed Schedule E.) | | | |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)



**FORM B6F(Official Form6F) (9/97)**      Blumberg Excelsior, Publisher, NYC 10013

In re: __Harvinder Singh__ ,                                    Case No. _____
                          Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not inclu de claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent,place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. __00836197001334XXX__ <br> AMERICAN EXPRESS <br> PO BOX 297871 <br> FORT LAUDERDALE FL 33329 | | | | | | | 800.00 |
| ACCOUNT NO. __6408XXX__ <br> AMERICAN HONDA FINANCE <br> PO BOX 7829 <br> PHILADELPHIA, PA 19101 | | | CLIENT NEVER TOOK ANY CAR LOANS. POSSIBLE FRAUD | | | | 35,000.00 |
| ACCOUNT NO. __5491130384398616__ <br> AT & T Universal Card <br> P.O. Box 183066 <br> Columbus, OH 43218-3066 | | | | | | | 900.00 |
| ACCOUNT NO. __60052401701233xxx__ <br> Amex <br> P.O. Box 297871 <br> Fort Lauderdale, FL 33329 | | | CLIENT NEVER OWNED THIS CARD. POSSIBEL FRAUD | | | | 140.00 |
| ACCOUNT NO. __44271030xxxx__ <br> Bank of America <br> 1825 E Buckeye Road <br> Phoenix, AZ 85034 | | | CLIENT NEVER OWNED THIS CARD. POSSIBEL FRAUD | | | | 13,000.00 |

|  | | |
|---|---|---|
| Subtotal | $ | 49,840.00 |
| Total | $ | |

___X___ continuation sheets attached.

(Use only on last page of completed Schedule F.)



**FORM B6F**

Blumberg Excelsior, Publisher, NYC 10013

In re: __Harvinder Singh_____ ,  Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 43560233xxxx<br><br>Bank of America<br>P.O Box 30770<br>Tampa, FL 33630-3770 | | | | | | | 200.00 |
| ACCOUNT NO. 4888603119688422<br><br>Bank of America<br>P.O. Box 1758<br>Newark, NJ 07101-1758 | | | | | | | 2,700.00 |
| ACCOUNT NO. 479106001507XXXX<br><br>CB & T<br>RESEARCH DEPARTMENT<br>PO BOX 105555<br>ATLANTA, GA 30348-5555 | | | | | | | 6,800.00 |
| ACCOUNT NO. 479107040121xxxx<br><br>CB & T<br>RESEARCH DEPARTMENT<br>PO BOX 105555<br>ATLANTA, GA 30348-5555 | | | | | | | 750.00 |
| ACCOUNT NO. 512107971299XXXX<br><br>CBUSA SEARS<br>8725 W SAHARA AVE. MC 02/02/03<br>THE LAKES, NV 89163 | | | | | | | 3,500.00 |
| ACCOUNT NO. 5490880020009743<br><br>CHASE NA<br>4915 INDEPENDENCE<br>TAMPA, FL 33634 | | | | | | | 2,700.00 |
| ACCOUNT NO. 5222763150762940<br><br>CHASE NA<br>4915 INDEPENDENCE<br>TAMPA FL 33634 | | | | | | | 2,600.00 |

Subtotal  $  19,250.00

Total  $

___X___ continuation sheets attached.

(Use only on last page of completed Schedule F.)



**FORM B6F**

BlumbergExcelsior, Publisher, NYC 10013

In re: Harvinder Singh _____ ,    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 426685102198xxxx<br>Chase<br>4915 Independence<br>Tampa, FL 33634 | | | CLIENT NEVER OWNED THIS CARD. POSSIBEL FRAUD. | | | | 1,600.00 |
| ACCOUNT NO. 514018xxxx<br>Chase<br>4915 Independence<br>Tampa, FL 33634 | | | CLIENT NEVER OWNED THIS CARD. POSSIBLE FRAUD | | | | 75.00 |
| ACCOUNT NO. 518748xxxx<br>Chase<br>4915 Independence<br>Tampa, FL 33634 | | | CLIENT NEVER HAD THIS CARD. POSSIBLE FRAUD | | | | 50.00 |
| ACCOUNT NO. 441716228146xxxx<br>Chase<br>4915 Independence<br>Tampa, FL 33634 | | | | | | | 5,000.00 |
| ACCOUNT NO. 463673xxxx<br>Chase<br>4915 Independence<br>Tampa, FL 33634 | | | CLIENT DOES NOT OWN THIS CARD. POSSIBEL FRAUD | | | | 6,600.00 |
| ACCOUNT NO. 526031xxxx<br>Chase<br>Chase Manhattan Bank USA NA<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | | | | | | | 3,700.00 |
| ACCOUNT NO. 549091XXXX<br>Chase<br>Chase Manhattan Bank USA NA<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | | | | | | | 4,800.00 |

|  | | |
|---|---|---|
| Subtotal | $ | 21,825.00 |
| Total | $ | |

____X____ continuation sheets attached.

(Use only on last page of completed Schedule F.)



**FORM B6F**

Blumberg Excelsior, Publisher, NYC 10013

In re: **Harvinder Singh**  ,    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 54241810xxxx<br>Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | | | | | | | 20.00 |
| ACCOUNT NO. 51872800xxx<br>Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | | | CLIENT NEVER OWNED THIS CARD. POSSIBLE FRAUD | | | | 800.00 |
| ACCOUNT NO. 5424180332842837<br>Citi Card<br>P.O. Box 183056<br>Columbus, OH 43218-3056 | | | | | | | 4,800.00 |
| ACCOUNT NO. 54241805xxxx<br>Citi Cards<br>P.O. Box 183063<br>Columbus, OH 43218-3063 | | | | | | | 5,000.00 |
| ACCOUNT NO. 2154xxxx<br>Countrywide Home Loans<br>159 FIFTH AVENUE<br>BROOKLYN, NY 11217 | | | CLIENT NEVER TOOK ANY MORTGAGE. POSSIBLE FRAUD. | | | | 120,000.00 |
| ACCOUNT NO. 6011002930658711<br>Discover<br>P. O. Box 15251<br>Wilmington, DE 19886-5251 | | | | | | | 5,000.00 |
| ACCOUNT NO. 60110052xxxxx<br>Discover<br>P.O Box 15316<br>Wilmington, DE 19850 | | | CLIENT DOES NOT OWN THIS CREDIT CARD, POSSIBLE FRAUD | | | | 15,000.00 |

|  |  |
|---|---|
| Subtotal | $    150,620.00 |
| Total | $ |

__X__ continuation sheets attached.

(Use only on last page of completed Schedule F.)

 **FORM B6F**

BlumbergExcelsior, Publisher, NYC 10013

In re: Harvinder Singh , Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 091028xxxx <br> HSBC NV <br> PO BOX 17332 <br> BALTIMORE, MD 21297 | | | CLIENT DOES NOT OWN THIS CREDIT CARD. POSSIBLE FRAUD | | | | 4,800.00 |
| ACCOUNT NO. 360x <br> MBNA America Bank NA <br> PO BOX 15137 <br> WILMINGTON DE 19850-5137 | | | CLIENT DOES NOT OWN THIS CREDIT CARD. POSSIBEL FRAUD. | | | | 7,500.00 |
| ACCOUNT NO. 576x <br> MBNA America Bank NA <br> PO BOX 15137 <br> WILMINGTON, DE 19850-5137 | | | POSSIBLE FRAUD | | | | 1,100.00 |
| ACCOUNT NO. 4120618005446287 <br> Merrick Bank <br> P. O. Box 5721 <br> Hicksville, NY 11802-5721 | | | | | | | 4,000.00 |
| ACCOUNT NO. 220078XXXX <br> PROVIDIAN FINANCIAL <br> 4940 JOHNSON DRIVE <br> PLEASNTON, CA 94566 | | | | | | | 12,500.00 |
| ACCOUNT NO. <br> QUEENS COUNTY CIVIL COURT <br> 89-17 SUTPHIN BOULEVARD <br> JAMAICA, NY 11435 | | | RUSHMORE RECOVERIES II REF # 10087503 CLIENT DOES NOT HAVE THIS CARD | | | | 3,000.00 |
| ACCOUNT NO. 5121079712997177 <br> Sears <br> P.O. Box 182156 <br> Columbus, OH 43218-2156 | | | | | | | 4,500.00 |

X ___ continuation sheets attached.

| | Subtotal | $ | 37,400.00 |
|---|---|---|---|
| | Total | $ | |

(Use only on last page of completed Schedule F.)

**FORM B6F**

Blumberg's Law Products — Established 1887

Blumberg Excelsior, Publisher, NYC 10013

In re: __Harvinder Singh_____ ,     Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16407xxxx Shelby County Savings 3513 PELHAM PARKWAY PELHAM, AL 35124 | | | CLIENT NEVER OWNED OR OPERATED ACCOUNT. POSSIBLE FRAUD. | | | | 177,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

|  | | Subtotal | $ 177,000.00 |
|---|---|---|---|
|  | | Total | $ 455,935.00 |

_____ continuation sheets attached.

(Use only on last page of completed Schedule F.)



Blumberg Excelsior, Publisher, NYC 10013

**Form B6 G W (11-95)**

In re: Harvinder Singh

Debtor(s)     Case No.                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |



**Form B6 H W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re:   Harvinder Singh

Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |



**Form B6 I W (11-95)**

Blumberg Excelsior, Publisher, NYC 10013

In re: Harvinder Singh

Debtor(s)   Case No.                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|
| Debtor's Marital Status | NAMES | AGE | RELATIONSHIP |
| MARRIED | MANJIT KAUR | 36 | WIFE |
| | GURJIT SINGH | 13 | SON |
| | SAKBIR SINGH | 16 | SON |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | HELPER-CONSTRUCTION | |
| Name of Employer | JOGA CONSTRUCTION CORP | |
| How long employed | 1 WEEK | |
| Address of Employer | 85-22 101 ST RICHMOND HILL, NY 11418 | |

Income: (Estimate of average monthly income) _____

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.) | $ 1,600.00 | $ 0.00 |
| Estimate monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | $ 1,600.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 0.00 | 0.00 |
| b. Insurance | 0.00 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | 0.00 | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 1,600.00 | $ 0.00 |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's | | |
| use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthly income (Specify) | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | $ 1,600.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ 1,600.00    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:



BlumbergExcelsior, Publisher, NYC 10013

**Form B6 J W (11-95)**

In re: Harvinder Singh

Debtor(s)     Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment  (include lot rented for mobile home) | | $ 700.00 |
| Are real estate taxes included? ☐ Yes ☐ No | Is property insurance included? ☐ Yes ☐ No | |
| Utilities  Electricity and Heating Fuel | | 50.00 |
|     Water and Sewer | | 0.00 |
|     Telephone | | 37.00 |
|     Other  CELL PHONE | | 50.00 |
|     GAS | | 35.00 |
| | | 0.00 |
| Home maintenance (repairs and upkeep) | | 0.00 |
| Food | | 300.00 |
| Clothing | | 50.00 |
| Laundry and dry cleaning | | 20.00 |
| Medical and dental expenses | | 0.00 |
| Transportation (not including car payments) | | 60.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | 0.00 |
| Charitable contributions | | 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | | 0.00 |
|     Life | | 0.00 |
|     Health | | 0.00 |
|     Auto | | 0.00 |
|     Other | | |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | 0.00 |
| (Specify) | | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | $ |
|     Auto | | $ 0.00 |
|     Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Alimony, maintenance, and support paid to others | | 0.00 |
| Payments for support of additional dependents not living at your home | | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0.00 |
| Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 1,312.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | | 0.00 |
| B.  Total projected monthly expenses | | 0.00 |
| C.  Excess income (A minus B) | | $ 0.00 |
| D.  Total amount to be paid into plan each | | $ 0.00 |
|        (Interval) | | |



**Form B6 J W (11-95)**

BlumbergExcelsior, Publisher, NYC  10013

In
re:
Harvinder Singh

Debtor(s)    Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment  (include lot rented for mobile home) | $          0.00 |
| Are real estate taxes included? ☐ Yes ☐ No    Is property insurance included? ☐ Yes ☐ No | |
| Utilities  Electricity and Heating Fuel | 0.00 |
|     Water and Sewer | 0.00 |
|     Telephone | 0.00 |
|     Other | 0.00 |
| | 0.00 |
| | 0.00 |
| Home maintenance (repairs and upkeep) | 0.00 |
| Food | 0.00 |
| Clothing | 0.00 |
| Laundry and dry cleaning | 0.00 |
| Medical and dental expenses | 0.00 |
| Transportation (not including car payments) | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 0.00 |
| Charitable contributions | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | 0.00 |
|     Life | 0.00 |
|     Health | 0.00 |
|     Auto | 0.00 |
|     Other | |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | 0.00 |
| (Specify) | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ |
|     Auto | $          0.00 |
|     Other | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Alimony, maintenance, and support paid to others | 0.00 |
| Payments for support of additional dependents not living at your home | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 0.00 |
| Other | |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| TOTAL MONTHLY EXPE NSES (Report also on Summary of Schedules) | $          0.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | 0.00 |
| B.  Total projected monthly expenses | 0.00 |
| C.  Excess income (A minus B) | $          0.00 |
| D.  Total amount to be paid into plan each | $          0.00 |
|     (Interval) | |



BlumbergExcelsior, Publisher, NYC  10013

**Form 7W Stmt. of Financial Affairs (12-95)**

# STATEMENT OF FINANCIAL AFFAIRS

**UNITED STATES BANKRUPTCY COURT**

Eastern **DISTRICT OF**   New York

In re:  Harvinder Singh

Debtor(s)   Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business within the last 6 years, as defined below, also must complete Questions the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE

| | **1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **AMOUNT** | **SOURCES** |
|---|---|
| 13,641.00 | INCOME FROM EMPLOYMENT 2004 |
| 14,938.00 | INCOME FROM EMPLOYMENT 2003 |
| 9,600.00 | INCOME FROM EMPLOYMENT (JANUARY – JUNE 2005) |

NONE

|X| **2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## |X| 3A. PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## |X| 3B. PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## |X| 4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## |X| 4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## |X| 5. REPOSSESSIONS, FORECLOSURES, AND RETURNS

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## |X| 6A. ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## |X| 6B. ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X|  7. GIFTS**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X|  8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X|  9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

NONE

**|X|  10. OTHER TRANSFERS**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X|  11. CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X|  12. SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X|  13. SETOFFS**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **14. PROPERTY HELD FOR ANOTHER PERSON**

List all property owned by another person that the debtor holds or controls.

NONE
|X| **15. PRIOR ADDRESS OF DEBTOR**

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

NONE
|X| **16. SPOUSES AND FORMER SPOUSES**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

NONE
|X| **17A. ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

NONE
|X| **17B. ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
|X| **17C. ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE
|X| **18A. NATURE, LOCATION, AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

NONE
|X| **18B. NATURE, LOCATION, AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



Blumberg Excelsior, Publisher, NYC 10013

**Form B8 (Official Form8) (9 /97)**

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT**                     Eastern **DISTRICT OF**  New York

In re:    Harvinder  Singh                                    Debtor(s)    Case No.                    (if known)
                                                                            Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of property**                        **Creditor's name**

   *b. Property to Be Retained.*                      *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
|  |  |  |  |  |

   Date:

                                             Harvinder Singh
                                             Harvinder  Singh    Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____

Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document , attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____

Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Blumberg Excelsior, Publisher, NYC 10013



**3085W Stmt of Comp.:**
**Rule 2016(b) (12-95)**

# UNITED STATES BANKRUPTCY COURT     Eastern **DISTRICT OF**     New York

In
re:   Harvinder Singh

Debtor(s)   Case No.                    (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in comtemplation of and in connection
        with this case                                                                                       $          1,100.00

    (b)  prior to filing this statement, debtor(s) have paid                            $             750.00

    (c)  the unpaid balance due and payable is                                           $             350.00

(3)  $          209.00          of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.

    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)   The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity , other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

s/ NareshM. Gehi /5919

**Dated:**                    **Respectfully submitted,**   NARESH M. GEHI                **Attorney for Petitioner**

**Attorney's name and address**   118-21 QUEENS BOULEVARD, SUITE 501, FOREST HILLS, NY 11375

BlumbergExcelsior, Publisher, NYC 10013

3093W - Designation of Agent

# UNITED STATES BANKRUPTCY COURT
Eastern **DISTRICT OF** New York

In re: Harvinder Singh

Debtor(s)

Case No.

Chapter        7

# DESIGNATION OF AGENT

We hereby designate our attorney, whose signature, name, address, Identification Number (if applicable), and telephone number are set forth below, as our agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 70004 (b)(8), in this Court arising in this case.  This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case:  entry of Discharge of Debtor, the last date permitted for filing of complaints objecting to discharge under 11 U.S.C. 727 or dischargeability of debts under 11 U.S.C. 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

Dated: _____

Debtor _Harvinder Singh_____
              Harvinder Singh

Debtor _____

Attorney _ s/ NareshM. Gehi /5919_____
              Naresh M. Ghei, Esq.

 **Blumberg's Law Products**
Established 1887

BlumbergExcelsior, Publisher, NYC 10013

**Form B4W (12-95)**
**UNITED STATES BANKRUPTCY COURT**                   Eastern **DISTRICT OF**    New York

In re:                                                                Debtor(s)    Case No.                    (if known)
      Harvinder Singh

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Shelby County Savings<br>3513 PELHAM PARKWAY<br>PELHAM, AL 35124 | | | | 177,000.00 |
| Countrywide Home Loans<br>159 FIFTH AVENUE<br>BROOKLYN, NY 11217 | | | | 120,000.00 |
| AMERICAN HONDA FINANCE<br>PO BOX 7829<br>PHILADELPHIA, PA 19101 | | | | 35,000.00 |
| Discover<br>P.O Box 15316<br>Wilmington, DE 19850 | | | | 15,000.00 |
| Bank of America<br>1825 E Buckeye Road<br>Phoenix, AZ 85034 | | | | 13,000.00 |
| PROVIDIAN FINANCIAL<br>4940 JOHNSON DRIVE<br>PLEASNTON, CA 94566 | | | | 12,500.00 |
| MBNA America Bank NA<br>PO BOX 15137<br>WILMINGTON DE 19850-5137 | | | | 7,500.00 |
| CB & T<br>RESEARCH DEPARTMENT<br>PO BOX 105555<br>ATLANTA, GA 30348-5555 | | | | 6,800.00 |
| Chase<br>4915 Independence<br>Tampa, FL 33634 | | | | 6,600.00 |
| Discover<br>P. O. Box 15251<br>Wilmington, DE 19886-5251 | | | | 5,000.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.          * Value of secured portion of claim

**Form B4W Cont. (12-95)**    BlumbergExcelsior, Publisher, NYC 10013

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS    (continuation)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Chase<br>4915 Independence<br>Tampa, FL 33634 | | | | 5,000.00 |
| Citi Cards<br>P.O. Box 183063<br>Columbus, OH 43218-3063 | | | | 5,000.00 |
| Citi Card<br>P.O. Box 183056<br>Columbus, OH 43218-3056 | | | | 4,800.00 |
| HSBC NV<br>PO BOX 17332<br>BALTIMORE, MD 21297 | | | | 4,800.00 |
| Chase<br>Chase Manhattan Bank USA NA<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | | | | 4,800.00 |
| Sears<br>P.O. Box 182156<br>Columbus, OH 43218-2156 | | | | 4,500.00 |
| Merrick Bank<br>P. O. Box 5721<br>Hicksville, NY 11802-5721 | | | | 4,000.00 |
| Chase<br>Chase Manhattan Bank USA NA<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | | | | 3,700.00 |
| CBUSA SEARS<br>8725 W SAHARA AVE. MC 02/02/03<br>THE LAKES, NV 89163 | | | | 3,500.00 |
| QUEENS COUNTY CIVIL COURT<br>89-17 SUTPHIN BOULEVARD<br>JAMAICA, NY 11435 | | | | 3,000.00 |

Unsworn Declaration under Penalty of Perjury (partnership or corporation)  I declare under penalty of perjury that I have read the answers contained in the foregoing list ofcreditors and that they are true and corrrect to the best of my knowledge, information and belief.

_____    _____    _____
        Date                            Signature                            Print Name and Title
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)
**Penalty for making a false statement:  Fine of up to $500.00 or imprisonment for up to 5 years, or both.  18 U.S.C. ÏÏ 152 and 3571**



BlumbergExcelsior, Publisher, NYC 10013

Form B1, Exh. A (9/97)

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

**UNITED STATES BANKRUPTCY COURT**      Eastern **DISTRICT OF**      New York

In re:  **Harvinder Singh**

Debtor(s)  Case No.                    (if known)
Chapter    7

### Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under §12 of the Securities and Exchange Act of 1934, the SEC file number is

2.      The following financial data is the latest available information and refers to debtor's condition on

a.  Total assets                       $          0.00

b.  Total debts                        $          0.00

                                              Approximate
                                              number of
                                              holders

c.  Debt securities held by more than 500 holders.

☐ secured  ☐ unsecured  ☐ subordinated  $          0.00

☐ secured  ☐ unsecured  ☐ subordinated  $          0.00

☐ secured  ☐ unsecured  ☐ subordinated  $          0.00

☐ secured  ☐ unsecured  ☐ subordinated  $          0.00

☐ secured  ☐ unsecured  ☐ subordinated  $    0.00

d.  Number of shares of preferred stock              0.00

e.  Number of shares of common stock                 0.00

   Comments, if any:

3. Brief description of debtor's business:

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

BlumbergExcelsior, Publisher, NYC  10013

**3092 - Verification of Creditor Matrix. 12/95**

# UNITED STATES BANKRUPTCY COURT

Eastern **DISTRICT OF**  New York

In re:  Harvinder Singh

 Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct

to the best of their knowledge.

Dated:_____

Debtor<u>Harvinder Singh</u>_____
      Harvinder Singh

Debtor_____



Case No.

# United States Bankruptcy Court

Eastern **DISTRICT OF** New York

**In re** Harvinder Singh

Debtor

## Chapter 7

Soc. Sec. No(s). XXX-XX-9366                                    and all

Employer's Tax Identification No(s). (if any)

# Petition, Schedules and Statement of Financial Affairs

NARESH M. GEHI
LAW OFFICES OF N.M. GEHI

*Attorney(s) for Petitioner*
*Office & Post Office Address & Telephone Number*

118-21 QUEENS BOULEVARD, SUITE 501
FOREST HILLS, NY 11375
718-263-5999

**REFERRED TO**

_____

_____
                                        Clerk

_____
            Date



**Blumberg**Excelsior, Publisher, NYC 10013

**Unsworn Declaration SFA**
**W (11-95)**

In re:  Harvinder Singh

Debtor(s)    Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If  completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date                                      Signature  Harvinder Singh _____
                                                     Harvinder Singh                       Debtor

Date                                      Signature_____
                                                                              (Joint Debtor, if any)
                                          (if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a  bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.
X_____      _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or impriso    nment or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____(corporation or partnership)

named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affaris, consisting of

_____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
        Continuation sheets attached

Date                                      Signature_____

                                                     (Print or type name of individual signing on behalf of debtor.)
              (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY :
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.



**Form B6 Cont. W (11-95)**

Blumberg Excelsior, Publisher, NYC 10013

In re:  Harvinder Singh

                                         Debtor(s)  Case No.               (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consist ing of _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.     (Total shown on summary page plus 1.)

Date _____      Signature  Harvinder Singh
                                             Harvinder Singh         Debtor

Date _____      Signature_____
                                                            (Joint Debtor, if any)
                    (if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a b ankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

_____       _____
  Printed or Typed Name of Bankruptcy Petition Preparer         Social Security Number

_____

_____
  Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____    _____
  Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines
or imprisonment or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership) of the _____(corporation or partnership)

named as debtor in this case,declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____      Signature_____

                                                (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. § 152 and 3571.

Blumberg Excelsior, Publisher, NYC 10013

Form B6W Instructions (12-95)

# INSTRUCTIONS FOR SCHEDULES

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. if the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J"or "C" in the column labeled "HWJC".
If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G, Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J" or "C" in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

## SCHEDULE  C - PROPERTY CLAIMED AS EXEMPT

Check the applicable box on the form.
11 U.S.C §522(b)(1) Exemptions provided in 11 U.S.C. Ī 522(d). Note: These exemptions are available only in certain states.
11 U.S.C §522(b)(2) Exemptions available under applicable non bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the  filling of the petition,   or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

## SCHEDULE  -  D CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order the extent practicable. If all secured creditors will no fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "CODEBT" (the box after the account number), include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J" or "C" in the column labeled "HWJC".

If the claim is contingent, place a "C" in the column labeled "CUD". If the claim is unliquidated, place a "U" in the column labeled "CUD". If the claim is disputed, place a "D" in the column labeled "CUD". (You may need to place more than one letter in the column.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Check the box if debtor has no creditors holding secured claims to report on Schedule D.

## SCHEDULE E -  CREDITORS HOLDING UNSECURED  PRIORITY CLAIMS

 A complete list of claims  entitled to property, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "CODEBT" (the box after the account number), include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "HWJC".

If the claim is contingent, place a "C" in the column labeled "CUD". If the claim is unliquidated, place a "U" in the column labeled "CUD". If this claim is disputed, place a "D" in the column labeled "CUD". (You may need to place more than one letter in the column.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on the Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Check the box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

Blumberg Excelsior, Publisher, NYC 10013

**Form B6W Instructions Pg2 (12-95)**

# INSTRUCTIONS FOR SCHEDULES

### Continuation Page

**SCHEDULE  F -  CREDITORS HOLDIN G UNSECURED N ON PRIORITY CLAIMS**

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "CODEBT" (the box after the account number), include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W","J", or "C" in the column labeled "HWJC".

If the claim is contingent, place a "C" in the column labeled "CUD". If the claim is unliquidated, place a "U" in the column labeled "CUD".If the claim is disputed, place an "D" in the column labeled "CUD".(You may need to place more than one letter in the column.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of  Schedules.

Check the box if debtor has no creditors holding unsecured non priority claims to report on Schedule F.

**SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIR ED  LEASES**

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.

State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this sc hedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

Check the box if debtor has no executory contracts or unexpired leases.

**SCHEDULE H -  CODEBTORS**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non debtor spouse on this schedule.  Include all names used by the non debtor spouse during the six years immediately preceding the commencement of this case.

Check the box if debtor has no codebtors.

**SCHEDULE I -  CURRENT INCOME OF INDIVIDUAL DEBTOR( S)**

The column labeled "Spouse" must be completed in all cases fi  led by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

**SCHEDULE J -  CURRENT EXPENDITUR ES OF INDIVIDUAL DEBTORS**

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

Check the first box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule or expenditures labeled "Spouse".

AMERICAN EXPRESS
00836197001334XXX
PO BOX 297871
FORT LAUDERDALE FL 33329

AMERICAN HONDA FINANCE
6408XXX
PO BOX 7829
PHILADELPHIA, PA 19101

AT & T Universal Card
5491130384398616
P.O. Box 183066
Columbus, OH 43218-3066

Amex
60052401701233xxx
P.O. Box 297871
Fort Lauderdale, FL 33329

Bank of America
44271030xxxx
1825 E Buckeye Road
Phoenix, AZ 85034

Bank of America
43560233xxxx
P.O Box 30770
Tampa, FL 33630-3770

Bank of America
4888603119688422
P.O. Box 1758
Newark, NJ 07101-1758

CB & T
479106001507XXXX
RESEARCH DEPARTMENT
PO BOX 105555
ATLANTA, GA 30348-5555

CB & T
479107040121xxxx
RESEARCH DEPARTMENT
PO BOX 105555
ATLANTA, GA 30348-5555

CBUSA SEARS
512107971299XXXX
8725 W SAHARA AVE. MC 02/02/03
THE LAKES, NV 89163

CHASE NA
5490880020009743
4915 INDEPENDENCE
TAMPA, FL 33634

CHASE NA
5222763150762940
4915 INDEPENDENCE
TAMPA FL 33634

Chase
426685102198xxxx
4915 Independence
Tampa, FL 33634

Chase
441716228146xxxx
4915 Independence
Tampa, FL 33634

Chase
514018xxxx
4915 Independence
Tampa, FL 33634

Chase
518748xxxx
4915 Independence
Tampa, FL 33634

Chase
463673xxxx
4915 Independence
Tampa, FL 33634

Chase
526031xxxx
Chase Manhattan Bank USA NA
P.O. Box 15583
Wilmington, DE 19886-1194

Chase
549091XXXX
Chase Manhattan Bank USA NA
P.O. Box 15583
Wilmington, DE 19886-1194

Citi
51872800xxx
P.O. Box 6241
Sioux Falls, SD 57117

Citi
54241810xxxx
P.O. Box 6241
Sioux Falls, SD 57117

Citi Card
5424180332842837
P.O. Box 183056
Columbus, OH 43218-3056

Citi Cards
54241805xxxx
P.O. Box 183063
Columbus, OH 43218-3063

Countrywide Home Loans
2154xxxx
159 FIFTH AVENUE
BROOKLYN, NY 11217

Discover
6011002930658711
P. O. Box 15251
Wilmington, DE 19886-5251

Discover
60110052xxxxx
P.O Box 15316
Wilmington, DE 19850

HSBC NV
091028xxxx
PO BOX 17332
BALTIMORE, MD 21297

MBNA America Bank NA
360x
PO BOX 15137
WILMINGTON DE 19850-5137

MBNA America Bank NA
576x
PO BOX 15137
WILMINGTON, DE 19850-5137

Merrick Bank
4120618005446287
P. O. Box 5721
Hicksville, NY 11802-5721

PROVIDIAN FINANCIAL
220078XXXX
4940 JOHNSON DRIVE
PLEASNTON, CA 94566

QUEENS COUNTY CIVIL COURT

89-17 SUTPHIN BOULEVARD
JAMAICA, NY 11435

Sears
5121079712997177
P.O. Box 182156
Columbus, OH 43218-2156

Shelby County Savings
16407xxxx
3513 PELHAM PARKWAY
PELHAM, AL 35124